THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL NELSON, Appellant.

Submitted April 20, 2015; decided May 5, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PARSON, JR., Appellant.

Submitted April 6, 2015; decided May 5, 2015

Motion for assignment of counsel granted and David C. Schopp, Esq., the Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

Judge FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAASIL REYNOLDS, Appellant.

Submitted April 27, 2015; decided May 5, 2015

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.